# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

Felicia Patterson E/ Propria Persona
~~Plaintiff~~(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Amazon.com Services, LLC
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED BY _____ D.C.

JAN 24 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Felicia Patterson El
Address: 16004 NW 38th Place
Miami Gardens, Florida 33054
City / State / Zip Code

County: Dade
Telephone Number: 305-834-2950
E-Mail Address: N/A

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Amazon.com Services, LLC
Job or Title (if known): Employer
Address: 14000 NW 37th Avenue
Opa-Locka, Florida 33054
City / State / Zip Code

County: Dade
Telephone Number: (206)922-0880
E-Mail Address (if known): N/A

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: N/A
Job or Title (if known): N/A
Address: N/A
N/A, N/A, N/A
City / State / Zip Code

County: N/A
Telephone Number: N/A
E-Mail Address (if known): N/A

☐ Individual capacity   ☐ Official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. ADA

The Law requires an employer to provide reasonable accommodation to an employee or job applicant with a disability

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? On Jan 31, 2020 Amazon.com Services, LLC, Nikki Hoover Employee of Amazon.com services, LLC as a Accommodation Consultant. Denied my return to work. Denied Accommodations - Disability Discrimination and Reasonable Accommodation with a disability. American Disability Act. Sent denial letter via email. Was never offered

B. What date and approximate time did the events giving rise to your claim(s) occur?
Jan 31, 2020 and Feb 11, 2021 @ 12:54 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Felicia Patterson El was denied return to work. Discriminate against ADA Never refused accommodations. Denied civil liberties, Civil Rights

2. Nikki Hoover Denied my return to work with Disability Discrimination and Reasonable Accommodation. I would only be accommodated if I can work more hours. I never refused a position for accommodations

3. Other persons involved are Jason Chung, Bo Delacruz (manager), Rep Mr. B Paniagua (e dali-leave-disability.)

4. All employees of Amazon.com Services, LLC in the LOAA and disability Department

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The injuries Felicia Patterson E I are loss of income, and medical treatment. Could not continue medical treatment because benefits/medical was terminated in 2019. My long term disability payments was intentionally and Fraudlent terminated March 13, 2020. Could not pay for the much needed MRI out of pocket. Could not afford to pay primary physcian out of pocket. A MRI was required, to continue my disability care. Human Rights violation. Discrimination ADA, Civil liberties, Civil Rights act

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. A trial by Jury. Demand Amazon.com Services. pay relief of $11,000.00 dollars. for loss of regular income for Disability Discrimination and Reasonable Accommodation Human Rights Violation, Civil liberties, Civil Rights, Title VII the American with Disabilty Act

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 24, 2022

Signature of ~~Plaintiff~~   Felicia Patterson E. Felicia*** EL ARR

Printed Name of ~~Plaintiff~~   Felicia Patterson El Propria Persona

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
              City      State    Zip Code
Telephone Number   _____
E-mail Address   _____

## Job Accommodation Report

| Felicia Patterson | A-2020-077025 | 01/31/2020 |
|---|---|---|
| Fulfillment Associate | RT677-2 | Current Start Time: 1800 |
| Current Manager: **Bo Delacruz** | Current FCLM Code: **3** | Current Location: **MIA1** |

### Accommodation Details

| AI Type | AI Status | AI Start Date | AI End Date (If applicable) |
|---|---|---|---|
| Job Restructuring | Denied | | |

**Additional Comments:**
(Maximum characters allowed 400)

### Reason for Accommodation Status Variance (Denied Only)

- [ ] Employee Did Not Participate in the Accommodation Process
- [✓] Unable to Accommodate in the Workplace
- [ ] Other:

(Maximum characters allowed 400)

### Individuals

| | |
|---|---|
| Employee: Felicia Patterson | |
| Manager/Representative: **Bo Delacruz** | |
| Amazon Case Manager: Nikki Hoover | |

### Signatures & Acknowledgement of Communication

| | Date: |
|---|---|
| Employee (If Required): | Date: |
| Amazon Representative (If Required): | Date: |
| Medical Provider (If Required): | Date: |

If your work restrictions and limitations should change or if you have any questions or concerns, please contact MyAccommodation as soon as possible.

EEOC Form 161 (11/2020)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Felicia Patterson El<br>16004 N.W. 38th Place<br>Miami Gardens, FL 33054 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2020-04495 | Nilia Marti,<br>Investigator | (786) 648-5858 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Marissa Cosculluela**
Digitally signed by Marissa Cosculluela
Date: 2021.10.25 07:47:09 -04'00'

10/25/2021

Enclosures(s)          For: **Paul V. Valenti, District Director**          *(Date Issued)*

cc: **Respondent Representative**
Amazon.com Services, LLC
c/o Stephanie Suarez, Esq.
LITTLER MENDELSON, P.C.
2301 McGee Street, 8th Floor
Kansas City, MO 64108